United States district court

Western District of Wisconsin    FILED/REC'D

2026 APR-30  A 9:59

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Dylan Ford

*DOCKET NO.*  26-cv-405-wmc

JURY TRIAL DEMANDED

VS

Rodneyse Bichotte-Hermelyn, Brian Gotlieb, Joy Campanelli

1. Brian Gotlieb and Joy Campanelli obstructed justice,

2. Rodneyse Bichotte-Hermelyn participated in the process,

3. The compensation amount is to be decided by the jury.

I declare under penalty of perjury that the above information is true and I understand that a false statement may result in a dismissal of my claims.

Dylan Ford 4/14/26